Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| MASTERS AND ASSOCIATES ELECTRICAL C | § | Case No.  8:15-bk-14842-TA |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard A. Marshack (TR), Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $383,917.98 (Without deducting any secured claims) | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $15,447.83 | Claims Discharged Without Payment: $2,482,101.47 |
| Total Expenses of Administration: $71,095.33 | |

3) Total gross receipts of $86,543.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $86,543.16 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $1,903,306.50 | $272,331.60 | $272,331.60 | $11,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $92,546.86 | $71,095.33 | $71,095.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $25,050.12 | $658,007.22 | $658,007.22 | $4,447.83 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $1,221,814.17 | $1,759,355.28 | $1,759,355.28 | $0.00 |
| **TOTAL DISBURSEMENTS** | $3,150,170.79 | $2,782,240.96 | $2,760,789.43 | $86,543.16 |

4) This case was originally filed under chapter 7 on 10/02/2015. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    09/12/2018                    By :    /s/ Richard A. Marshack (TR)

                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE AS OF SEPTEMBER 30, 2015: ESSE | 1121-000 | $15,216.00 |
| MISC ELECTRICAL SUPPLIES | 1129-000 | $6,500.00 |
| 2007 FORD F150 OVER 200K MILES VALUE BASED ON KELL | 1129-000 | $2,000.00 |
| MISC OFFICE SUPPLIES COMPUTERS, PRINTERS, PHONES | 1129-000 | $2,000.00 |
| Clark Forklift | 1229-000 | $2,000.00 |
| MISC INCOME | 1229-000 | $3,214.80 |
| Fraudulent and/or Preferential Transfers | 1241-000 | $55,612.36 |
| **TOTAL GROSS RECEIPTS** | | $86,543.16 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00003 | FUNDING METRICS LLC | 4210-000 | $378,317.98 | $72,500.00 | $72,500.00 | $0.00 |
| 00015 | BFS WEST, INC. | 4210-000 | $378,317.98 | $177,115.00 | $177,115.00 | $0.00 |
| 00016 | FIRST INSURANCE FUNDING | 4210-000 | $11,716.60 | $11,716.60 | $11,716.60 | $0.00 |
| | Mybusinessloan.com, LLC | 4210-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| | Town North Bank, N.A. | 4210-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| | Everest Business Funding | | $378,317.98 | NA | NA | $0.00 |
| | Pearl Beta Funding, LLC c/o | | $378,317.98 | NA | NA | $0.00 |
| | Quick Fix Capital | | NA | NA | NA | $0.00 |
| | Supreme Court,  State of New | | NA | NA | NA | $0.00 |
| | Union Bank, N.A. Legal Process | | NA | NA | NA | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vadim Barbarovich Marshall - | | NA | NA | NA | $0.00 |
| | Yellowstone Capital West LLC | | $378,317.98 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $1,903,306.50 | $272,331.60 | $272,331.60 | $11,000.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bicher & Associates | 3992-410 | NA | $597.32 | $597.32 | $597.32 |
| SulmeyerKupetz, A Professional | 3210-000 | NA | $65,275.00 | $44,713.38 | $44,713.38 |
| SulmeyerKupetz, A Professional | 3220-000 | NA | $5,561.25 | $5,561.25 | $5,561.25 |
| Hahn Fife & Company LLP | 3410-000 | NA | $2,518.50 | $2,165.91 | $2,165.91 |
| Hahn Fife & Company LLP | 3420-000 | NA | $322.00 | $322.00 | $322.00 |
| Richard  A. Marshack | 2200-000 | NA | $503.42 | $503.42 | $503.42 |
| FRANCHISE TAX BOARD, | 2820-000 | NA | $1,627.67 | $1,627.67 | $1,627.67 |
| Bicher & Associates | 3991-400 | NA | $3,088.00 | $2,655.68 | $2,655.68 |
| Bicher & Associates | 3992-000 | NA | $8.80 | $8.80 | $8.80 |
| Richard  A. Marshack | 2100-000 | NA | $5,974.13 | $5,974.13 | $5,974.13 |
| BICHER & ASSOCIATES | 3991-000 | NA | $3,000.00 | $2,895.00 | $2,895.00 |
| Datalok | 2410-000 | NA | $464.31 | $464.31 | $464.31 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $34.95 | $34.95 | $34.95 |
| International Sureties, LTD | 2300-000 | NA | $37.18 | $37.18 | $37.18 |
| Iron Mountain | 2410-000 | NA | $734.05 | $734.05 | $734.05 |
| Network Designs, Inc. | 2990-000 | NA | $856.12 | $856.12 | $856.12 |
| Texas Capital Bank | 2600-000 | NA | $1,497.74 | $1,497.74 | $1,497.74 |
| Union Bank | 2600-000 | NA | $96.42 | $96.42 | $96.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $92,546.86 | $71,095.33 | $71,095.33 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | Department of the Treasury - | 5800-000 | $0.00 | $634,727.27 | $634,727.27 | $0.00 |
| 00006 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $800.00 | $800.00 | $0.00 |
| 00007 | ORANGE COUNTY TAX | 5800-000 | NA | $275.64 | $275.64 | $0.00 |
| 00011 | AETNA, INC | 5400-000 | $25,050.12 | $22,204.31 | $22,204.31 | $4,447.83 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $25,050.12 | $658,007.22 | $658,007.22 | $4,447.83 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00020 | Charles Pankow Builders LTD | 7100-000 | $0.00 | $770,899.00 | $770,899.00 | $0.00 |
| 00019 | Collicutt Energy | 7200-000 | NA | $486.25 | $486.25 | $0.00 |
| 00017 | United Site Services of California | 7200-000 | NA | $2,171.60 | $2,171.60 | $0.00 |
| 00014 | INDEPENDENT ELECTRIC SUPPLY, | 7100-000 | $50,000.00 | $140,000.00 | $140,000.00 | $0.00 |
| 00013 | BROADWAY ADVANCE LLC | 7100-000 | NA | $87,473.26 | $87,473.26 | $0.00 |
| 00012 | BROADWAY ADVANCE LLC | 7100-000 | $378,317.98 | $87,473.26 | $87,473.26 | $0.00 |
| 00010 | AMERICAN CONTRACTORS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 00009 | BENCHMARK INSURANCE | 7100-000 | $18,356.39 | $340,174.00 | $340,174.00 | $0.00 |
| 00008 | AMERICAN EXPRESS BANK, FSB | 7100-000 | $36,620.59 | $38,749.42 | $38,749.42 | $0.00 |
| 00005 | SOUTHERN CALIFORNIA EDISON | 7100-000 | $773.02 | $559.10 | $559.10 | $0.00 |
| 00004 | SCOTT W COSPER | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| 00002b | Internal | 7100-000 | NA | $287,758.73 | $287,758.73 | $0.00 |
| 00001 | CIT FINANCE, LLC | 7100-000 | NA | $3,610.66 | $3,610.66 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abdulaziz, Grossbart, and | | NA | NA | NA | $0.00 |
| | ADP Total Source Cobra | | $1,000.00 | NA | NA | $0.00 |
| | ARC Imaging Resources | | $934.13 | NA | NA | $0.00 |
| | City of Huntington Beach | | $164.20 | NA | NA | $0.00 |
| | City of Santa Monica Housing | | NA | NA | NA | $0.00 |
| | Consolidated Electrical | | $208,199.94 | NA | NA | $0.00 |
| | Consolidated Electrical | | NA | NA | NA | $0.00 |
| | Contractors and Developers | | $13,866.00 | NA | NA | $0.00 |
| | CP Construction West, Inc. | | $124,185.96 | NA | NA | $0.00 |
| | DAL INC | | $2,025.00 | NA | NA | $0.00 |
| | Douglass Ross Construction, Inc. | | NA | NA | NA | $0.00 |
| | Excel Micro | | $10.50 | NA | NA | $0.00 |
| | FedEx | | $35.63 | NA | NA | $0.00 |
| | Global Capacity | | $337.64 | NA | NA | $0.00 |
| | Gould & Associates | | NA | NA | NA | $0.00 |
| | Howard L. Alton, CPA | | $950.00 | NA | NA | $0.00 |
| | Huntington Beach Police | | $36.00 | NA | NA | $0.00 |
| | Joe R. Abramson, Law Offices | | NA | NA | NA | $0.00 |
| | Kenneth J. Crede, Esq. | | NA | NA | NA | $0.00 |
| | Konica Minolta | | $2,033.15 | NA | NA | $0.00 |
| | Liberty Mutual - Bankruptcy | | $3,091.78 | NA | NA | $0.00 |
| | LLOYD J. STROBEL. ESQ. | | NA | NA | NA | $0.00 |
| | Manal Anabi | | $50,000.00 | NA | NA | $0.00 |
| | Michael I. Wayne Esq Gibbs, | | NA | NA | NA | $0.00 |
| | Miller, Morton, Caillat and Nevis, | | NA | NA | NA | $0.00 |
| | Orange County Register | | $421.84 | NA | NA | $0.00 |
| | Pardes and Stein | | NA | NA | NA | $0.00 |
| | Pure Green Corp | | $259.20 | NA | NA | $0.00 |
| | Rainbow Enviromental Services | | $374.01 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ron Padres | | $35,000.00 | NA | NA | $0.00 |
| | RVM Engineering Inc | | $3,500.00 | NA | NA | $0.00 |
| | Santa Clara Superior Court Civil | | NA | NA | NA | $0.00 |
| | Santa Monica Housing Partners, | | NA | NA | NA | $0.00 |
| | Scott W. Cosper | | NA | NA | NA | $0.00 |
| | Shred Confidential | | $100.00 | NA | NA | $0.00 |
| | Solstice/ Doug Ross | | $100,000.00 | NA | NA | $0.00 |
| | Southern Cal Gas | | $50.85 | NA | NA | $0.00 |
| | Stephen Guillen | | $15,000.00 | NA | NA | $0.00 |
| | Steven C. Duffy | | $156,500.00 | NA | NA | $0.00 |
| | Superior Court LA County West | | NA | NA | NA | $0.00 |
| | Superior Court of Ca, County of | | NA | NA | NA | $0.00 |
| | Superior Court of California Clerk | | NA | NA | NA | $0.00 |
| | Superior Court of California, | | NA | NA | NA | $0.00 |
| | Superior Court of the State of | | NA | NA | NA | $0.00 |
| | Triple E Machinery Moving, Inc. | | $1,800.00 | NA | NA | $0.00 |
| | Verizon Land | | $1,105.99 | NA | NA | $0.00 |
| | Verizon Wireless | | $764.37 | NA | NA | $0.00 |
| | Wells Fargo Bank | | $1,000.00 | NA | NA | $0.00 |
| | Wells Fargo Bank CSC- Lawyers | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,221,814.17 | $1,759,355.28 | $1,759,355.28 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **15-14842**   Judge: **Theodor C. Albert**   Trustee Name: **Richard A. Marshack (TR)**
Case Name: **MASTERS AND ASSOCIATES ELECTRICAL C**   Date Filed (f) or Converted (c): **10/02/2015 (f)**
341(a) Meeting Date: **11/03/2015**
For Period Ending: **09/12/2018**   Claims Bar Date: **03/11/2016**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | UNION BANK CHECKING ACCOUNT XXXX7700 LAGUNA NIGUEL | 0.00 | 0.00 | | 0.00 | FA |
| 2. | DEPOSIT HELD BY LANDLORD VOLT REAL ESTATE SERVICES Applied to significant pre-petition arrearages. | 5,600.00 | 0.00 | | 0.00 | FA |
| 3. | ACCOUNTS RECEIVABLE AS OF SEPTEMBER 30, 2015: ESSE | 506,537.54 | Unknown | | 15,216.00 | FA |
| 4. | POTENTIAL CAUSES OF ACTION AGAINST LENDERS THAT WE | 378,317.98 | Unknown | | 0.00 | FA |
| 5. | 2007 FORD F150 OVER 200k MILES VALUE BASED ON KELL | 2,544.00 | 0.00 | | 2,000.00 | FA |
| 6. | MISC OFFICE SUPPLIES COMPUTERS, PRINTERS, PHONES | 5,000.00 | 0.00 | | 2,000.00 | FA |
| 7. | MISC ELECTRICAL SUPPLIES | 20,000.00 | 0.00 | | 6,500.00 | FA |
| 8. | Fraudulent and/or Preferential Transfers (u) | Unknown | Unknown | | 55,612.36 | FA |
| 9. | Clark Forklift (u) | Unknown | 3,000.00 | | 2,000.00 | FA |
| 10. | MISC INCOME (u) | Unknown | Unknown | | 3,214.80 | 0.00 |
| INT. | Post-Petition Interest Deposits (u) | Unknown | NA | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** | |
| | **TOTALS (Excluding Unknown Values)** | 917,999.52 | 3,000.00 | | 86,543.16 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**2/21/18: Supplement to TFR:**
**In order to have funds available for distribution to creditors, I requested and the employed professionals agreed to take a voluntary reduction in the fee amount requested as follows:**

**SulmeyerKupetz: 31.5% - $65,275.00 to $44,713.38**
**Bicher and Associates: 14$ - 3,088.00 to $2,655.68**
**Hahn Fife: 14% - $2,518.50 to $2,165.91**

UST Form 101-7-TDR (10/1/2010) (Page 8)   **Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 15-14842 | Judge: Theordor C. Albert | Trustee Name: Richard A. Marshack (TR) |
| Case Name: MASTERS AND ASSOCIATES ELECTRICAL C | | Date Filed (f) or Converted (c): 10/02/2015 (f) |
| | | 341(a) Meeting Date: 11/03/2015 |
| For Period Ending: 09/12/2018 | | Claims Bar Date: 03/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Further, I have taken a 20% reduction in the statutory fee - $7,467.66 to $5,974.13

3/31/17: Counsel reviewed the debtor's books/records and determined that there were preferential transfers to be recovered. Counsel recovered two transfers, without the need for litigation, totaling $48,112.  See "litigation" section below.


3/31/16: Trustee obtained a value of the Debtor's remaining assets (located at Debtor's former premises) and negotiated a sale to the landlord. Trustee's counsel is reviewing the Debtor's books and records to determine if there are any preferential or fraudulent transfers and the basis for the accounts receivable (Asset 3) to determine if it is collectable.

Trustee's field agent will review the debtor's records and prepare a transfer analysis.

Claim info: claim review is in process

Tax info: none yet

Insurance: n/a

Litigation:
Adv 17-1009; filed 1/25/17; avoid pre-petition transfers made to Yellowstone Capital. A pre-trial conference has been set for November 9, 2017.  Seeking to recover $58,334.00 over 4-years' worth of transfers.  The claim is tenuous.  The 90-day transfers totaling $30,672 are more likely the total amount we can recover


[Pamela Kraus 2016-04-22 20:37:42]

**Exhibit 8**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 15-14842 | **Judge:** Theordor C. Albert | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** MASTERS AND ASSOCIATES ELECTRICAL C | | **Date Filed (f) or Converted (c):** 10/02/2015 (f) |
| | | **341(a) Meeting Date:** 11/03/2015 |
| **For Period Ending:** 09/12/2018 | | **Claims Bar Date:** 03/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 09/30/2018     **Current Projected Date of Final Report(TFR) :** 09/30/2018

**Trustee's Signature**     /s/Richard A. Marshack (TR)     **Date:** 09/12/2018

Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620
Phone : (949) 333-7777

**Exhibit 8**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-14842 | | | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|---|---|
| Case Name: | MASTERS AND ASSOCIATES ELECTRICAL C | | | Bank Name: | Union Bank |
| | | | | Account Number/CD#: | ******6393 Checking Account |
| Taxpayer ID No: | **-***6975 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/12/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/11/2015 | [8] | Funding Metrics LLC | SETTLEMENT PAYMENT | 1241-000 | 3,112.36 | | 3,112.36 |
| 01/12/2016 | 1001 | BICHER & ASSOCIATES PO BOX 7010 REDLANDS , CA 92375 | Agent fees per order 1-11-1610/22 to 12/8/15 - $1,86012/9 to 12/31/15 - $22.50 | 3991-000 | | 1,882.50 | 1,229.86 |
| 01/12/2016 | 1002 | BICHER & ASSOCIATES PO BOX 7010 REDLANDS , CA 92375 | Agent expenses per order 1-11-1610/22-12/31/15 | 3992-410 | | 355.94 | 873.92 |
| 01/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 858.92 |
| 01/27/2016 | [3] | AvalonBay Communities, Inc. Construction Development Disbursement 2901 Sabre Street, Suite 100 Virginia Beach , VA 23452 | ACCOUNTS RECEIVABLE | 1121-000 | 15,216.00 | | 16,074.92 |
| 02/01/2016 | | Transfer to Acct # xxxxxx6484 | Transfer of Funds | 9999-000 | | 15,216.00 | 858.92 |
| 02/02/2016 | 1003 | Datalok 5990 Malburg Way Los Angeles , CA 90058 | STORAGE FEES Inv 0538-43762Pick-up and Jan 2016 | 2410-000 | | 164.31 | 694.61 |
| 02/03/2016 | 1004 | BICHER & ASSOCIATES PO BOX 7010 REDLANDS , CA 92375 | Agent fees per order 1-11-16Jan 2016 | 3991-000 | | 127.50 | 567.11 |
| | | | Page Subtotals | | 18,328.36 | 17,761.25 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No:** | 15-14842 | | **Trustee Name:** | Richard A. Marshack (TR) |
| **Case Name:** | MASTERS AND ASSOCIATES ELECTRICAL C | | **Bank Name:** | Union Bank |
| | | | **Account Number/CD#:** | ******6393 Checking Account |
| **Taxpayer ID No:** | **-***6975 | | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** | 9/12/2018 | | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/03/2016 | 1005 | BICHER & ASSOCIATES PO BOX 7010 REDLANDS , CA 92375 | Agent expenses per order 1-11-16Jan 2016 | 3992-410 | | 35.10 | 532.01 |
| 02/16/2016 | 1006 | Datalok 5990 Malburg Way Los Angeles , CA 90058 | STORAGE FEES Inv 0538-438892/10/16 | 2410-000 | | 30.00 | 502.01 |
| 02/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 487.01 |
| 03/07/2016 | 1007 | BICHER & ASSOCIATES PO BOX 7010 REDLANDS , CA 92375 | Agent expenses per order 1-11-16Feb 2016 | 3992-410 | | 35.10 | 451.91 |
| 03/09/2016 | | Michael J Mokler | SALE OF ASSET | | 12,500.00 | | 12,951.91 |
| | [7] | | MISC ELECTRICAL SUPPLIES    6,500.00 | 1129-000 | | | |
| | [5] | | VALUE BASED ON KELLEY BLUE BO 2007 FORD F150 OVER 200K MILES    2,000.00 | 1129-000 | | | |
| | [6] | | PRINTERS, PHONES MISC OFFICE SUPPLIES COMPUTERS,    2,000.00 | 1129-000 | | | |
| | [9] | | Clark Forklift    2,000.00 | 1229-000 | | | |
| | | | Page Subtotals | | 12,500.00 | 115.20 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)

**Exhibit 9**

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 15-14842 | |
| **Case Name:** MASTERS AND ASSOCIATES ELECTRICAL C | |
| **Taxpayer ID No:** **-***6975 | |
| **For Period Ending:** 9/12/2018 | |

| | |
|---|---|
| **Trustee Name:** Richard A. Marshack (TR) | |
| **Bank Name:** Union Bank | |
| **Account Number/CD#:** ******6393 Checking Account | |
| **Blanket bond (per case limit):** 5,000,000.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/14/2016 | 1008 | Datalok<br>5990 Malburg Way<br>Los Angeles , CA 90058 | STORAGE FEES<br>Inv 0538-440263/10/16 | 2410-000 | | 30.00 | 12,921.91 |
| 03/14/2016 | 1009 | BICHER & ASSOCIATES<br>PO BOX 7010<br>REDLANDS , CA 92375 | Agent fees<br>per order 1-11-16Feb 2016 | 3991-000 | | 277.50 | 12,644.41 |
| *03/25/2016 | 1010 | Network Designs, Inc.<br>Attn: Chris Heiner<br>2525 Main Street, Suite 120<br>Irvine , CA 92614 | Consultant Fees<br>Access Debtor's computers to retrieve Quickbooks payroll files; Prepare payroll and employee reportsInv 41819, 41820 | 2990-000 | | 375.00 | 12,269.41 |
| *03/28/2016 | | Network Designs, Inc.<br>Attn: Chris Heiner<br>2525 Main Street, Suite 120<br>Irvine , CA 92614 | Consultant Fees Reversal<br>Access Debtor's computers to retrieve Quickbooks payroll files; Prepare payroll and employee reports 41819, 41820 | 2990-000 | | (375.00) | 12,644.41 |
| 04/01/2016 | 1011 | BICHER & ASSOCIATES<br>PO BOX 7010<br>REDLANDS , CA 92375 | Agent fees<br>per order 1-11-16March 2016 | 3991-000 | | 532.50 | 12,111.91 |
| 04/01/2016 | 1012 | BICHER & ASSOCIATES<br>PO BOX 7010<br>REDLANDS , CA 92375 | Agent expenses<br>per order 1-11-16March 2016 | 3992-410 | | 134.58 | 11,977.33 |
| 04/02/2016 | | Transfer from Acct # xxxxxx6484 | Transfer of Funds | 9999-000 | 10,000.00 | | 21,977.33 |
| | | | Page Subtotals | | 10,000.00 | 974.58 | |

UST Form 101-7-TDR (10/1/2010) (Page 13)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No:  15-14842 | |
| Case Name:  MASTERS AND ASSOCIATES ELECTRICAL C | |
| Taxpayer ID No:  **-***6975 | |
| For Period Ending:  9/12/2018 | |

| | |
|---|---|
| Trustee Name:  Richard A. Marshack (TR) | |
| Bank Name:  Union Bank | |
| Account Number/CD#:  ******6393 Checking Account | |
| Blanket bond (per case limit):  5,000,000.00 | |
| Separate bond (if applicable):  0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/02/2016 | 1013 | Mybusinessloan.com, LLC c/o Angela Lipscomb, Esq. Lipscomb, Eisenberg & Baker PL 2 South Biscayne Blvd, Penthouse 3800 Miami , FL 33131 | SECURED CLAIM Paid in full per order 4/1/16 | 4210-000 | | 10,000.00 | 11,977.33 |
| 04/02/2016 | 1014 | Town North Bank, N.A. | SECURED CLAIM Paid in full per order 4/1/16mailed to:14185 Dallas Parkway, Suite 200Dallas, Texas 75254 | 4210-000 | | 1,000.00 | 10,977.33 |
| *04/15/2016 | | Lucas General Contracting Corp | ACCOUNTS RECEIVABLE Inv 02192016 San Clementecheck stop payment 4/22/16 | 1121-000 | 900.00 | | 11,877.33 |
| 04/19/2016 | 1015 | Datalok 5990 Malburg Way Los Angeles , CA 90058 | STORAGE FEES Inv 0538-440264/10/16 | 2410-000 | | 30.00 | 11,847.33 |
| 04/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 11,832.33 |
| 04/27/2016 | [10] | Ronald Harvell II | MISC funds Reimburse estate for Network Designs invoice 41822 - hard drive and labor to create complete back-up of debtor's server | 1229-000 | 375.00 | | 12,207.33 |
| 04/27/2016 | 1016 | Network Designs, Inc. Attn: Chris Heiner 2525 Main Street, Suite 120 Irvine , CA 92614 | Maintenance and repairs Invoice 41822 - hard drive and labor to create complete back-up of debtor's server; This costs reimbursed by Ron Harvell | 2990-000 | | 374.20 | 11,833.13 |
| | | | Page Subtotals | | 1,275.00 | 11,419.20 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 15-14842 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** MASTERS AND ASSOCIATES ELECTRICAL C | **Bank Name:** Union Bank |
| | **Account Number/CD#:** ******6393 Checking Account |
| **Taxpayer ID No:** **-***6975 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 9/12/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/27/2016 | 1017 | Network Designs, Inc.<br>Attn: Chris Heiner<br>2525 Main Street, Suite 120<br>Irvine , CA 92614 | Maintenance and repairs<br>Invoice 41819 and 41820 - labor to access debtor's server | 2990-000 | | 375.00 | 11,458.13 |
| *04/28/2016 | | Lucas General Contracting Corp | ACCOUNTS RECEIVABLE Reversal<br>Check stop paid 4/22/16; Sent to D. Goodrich | 1121-000 | (900.00) | | 10,558.13 |
| 05/02/2016 | [10] | County of Los Angeles<br>ck TS0023401375 | MISC INCOME<br>Probationer Mauricio Baltodano12885435 | 1229-000 | 11.40 | | 10,569.53 |
| 05/04/2016 | 1018 | BICHER & ASSOCIATES<br>PO BOX 7010<br>REDLANDS , CA 92375 | Agent fees<br>per order 1-11-16April 2016 | 3991-000 | | 52.50 | 10,517.03 |
| 05/10/2016 | [10] | County of Los Angeles<br>ck TS0023401311 | MISC INCOME<br>Probationer Mauricio Baltodano12885435 | 1229-000 | 11.40 | | 10,528.43 |
| 05/12/2016 | 1019 | Datalok<br>5990 Malburg Way<br>Los Angeles , CA 90058 | STORAGE FEES<br>Inv 0538-00442945/10/16 | 2410-000 | | 30.00 | 10,498.43 |
| 05/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C.<br>330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 20.54 | 10,477.89 |
| 06/04/2016 | 1020 | BICHER & ASSOCIATES<br>PO BOX 7010<br>REDLANDS , CA 92375 | Agent expenses<br>per order 1-11-16May 2016 | 3992-410 | | 35.40 | 10,442.49 |
| | | | | Page Subtotals | (877.20) | 513.44 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 15-14842 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** MASTERS AND ASSOCIATES ELECTRICAL C | **Bank Name:** Union Bank |
| | **Account Number/CD#:** ******6393 Checking Account |
| **Taxpayer ID No:** **-***6975 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 9/12/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 06/13/2016 | 1021 | Network Designs, Inc.<br>Attn: Chris Heiner<br>2525 Main Street, Suite 120<br>Irvine , CA 92614 | Maintenance and repairs<br>Invoice 41911 - portable external hard drive | 2990-000 | | 106.92 | 10,335.57 |
| 06/21/2016 | 1022 | Datalok<br>5990 Malburg Way<br>Los Angeles , CA 90058 | STORAGE FEES<br>Inv 0538-00444226/10/16 | 2410-000 | | 30.00 | 10,305.57 |
| 06/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C.<br>330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.88 | 10,289.69 |
| 07/05/2016 | 1023 | BICHER & ASSOCIATES<br>PO BOX 7010<br>REDLANDS , CA 92375 | Agent fees<br>per order 1-11-16June 2016 fees $22.50 / exps $1.20<br><br>per order 1-11-16June 2016 (22.50)<br>fees $22.50 / exps $1.20 (1.20) | <br><br><br>3991-000<br>3992-410 | | 23.70 | 10,265.99 |
| 07/13/2016 | 1024 | Datalok<br>5990 Malburg Way<br>Los Angeles , CA 90058 | STORAGE FEES<br>Inv 0538-00445537/10/16 | 2410-000 | | 30.00 | 10,235.99 |
| 07/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C.<br>330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 10,220.99 |
| 08/22/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 10,220.99 | 0.00 |
| | | | Page Subtotals | | 0.00 | 10,442.49 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-14842 | | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|---|
| Case Name: | MASTERS AND ASSOCIATES ELECTRICAL C | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | ******6393 Checking Account |
| Taxpayer ID No: | **-***6975 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/12/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Page Subtotals | | | | |
| | | | **COLUMN TOTALS** | | 41,226.16 | 41,226.16 | |
| | | | Less:Bank Transfer/CD's | | 10,000.00 | 25,436.99 | |
| | | | **SUBTOTALS** | | 31,226.16 | 15,789.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **Net** | | 31,226.16 | 15,789.17 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **15-14842** | |
| Case Name: **MASTERS AND ASSOCIATES ELECTRICAL C** | |
| | Trustee Name: **Richard A. Marshack (TR)** |
| | Bank Name: **Union Bank** |
| | Account Number/CD#: ********6484 Hold - A/R per Dave Goodrich** |
| Taxpayer ID No: **\*\*-\*\*\*6975** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **9/12/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/01/2016 | | Transfer from Acct # xxxxxx6393 | Transfer of Funds | 9999-000 | 15,216.00 | | 15,216.00 |
| 04/02/2016 | | Transfer to Acct # xxxxxx6393 | Transfer of Funds | 9999-000 | | 10,000.00 | 5,216.00 |
| 08/22/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 5,216.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 15,216.00 | 15,216.00 |
| | COLUMN TOTALS | 15,216.00 | 15,216.00 |
| | Less:Bank Transfer/CD's | 15,216.00 | 15,216.00 |
| | SUBTOTALS | 0.00 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 18)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **15-14842**                                           Trustee Name:  **Richard A. Marshack (TR)**
Case Name:  **MASTERS AND ASSOCIATES ELECTRICAL C**              Bank Name:  **Texas Capital Bank**
                                                                 Account Number/CD#:  ********7654 Hold - A/R per Dave Goodrich**
Taxpayer ID No:  **\*\*-\*\*\*6975**                              Blanket bond (per case limit):  **5,000,000.00**
For Period Ending:  **9/12/2018**                                Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/22/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 5,216.00 | | 5,216.00 |
| 08/23/2016 | 54001 | Datalok 5990 Malburg Way Los Angeles , CA 90058 | 8/10/16 Invoice 0044683 | 2410-000 | | 30.00 | 5,186.00 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 5,171.00 |
| 09/16/2016 | | Texas Capital Bank | transfer and close account | 9999-000 | | 5,171.00 | 0.00 |

|  | | Page Subtotals | 5,216.00 | 5,216.00 |
|---|---|---|---|---|

|  | COLUMN TOTALS | 5,216.00 | 5,216.00 |
|---|---|---|---|
|  | Less:Bank Transfer/CD's | 5,216.00 | 5,171.00 |
|  | **SUBTOTALS** | 0.00 | 45.00 |
|  | Less: Payments to Debtors | | 0.00 |
|  | **Net** | 0.00 | 45.00 |

UST Form 101-7-TDR (10/1/2010) (Page 19)                                          **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 15-14842 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** MASTERS AND ASSOCIATES ELECTRICAL C | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******7647 Checking Account |
| **Taxpayer ID No:** **-***6975 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 9/12/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/22/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 10,220.99 | | 10,220.99 |
| 08/24/2016 | [8] | Pearl Capital Business Funding LLC | paid in full | 1241-000 | 45,000.00 | | 55,220.99 |
| 09/03/2016 | [10] | Electrical Reliability Services Inc | refund invoices 50425610, 6414771 | 1229-000 | 627.00 | | 55,847.99 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 18.34 | 55,829.65 |
| 09/16/2016 | | Texas Capital Bank | transfer and close account | 9999-000 | 5,171.00 | | 61,000.65 |
| 09/16/2016 | 53001 | Datalok 5990 Malburg Way Los Angeles , CA 90058 | Inv 0538-004812; 9/10/16 | 2410-000 | | 30.00 | 60,970.65 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 80.76 | 60,889.89 |
| 10/17/2016 | 53002 | Datalok 5990 Malburg Way Los Angeles , CA 90058 | Inv 0538-0044940; 10/10/16 | 2410-000 | | 30.00 | 60,859.89 |

Page Subtotals     61,018.99     159.10

UST Form 101-7-TDR (10/1/2010) (Page 20)                                    **Exhibit 9**

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: **15-14842** | Trustee Name: | **Richard A. Marshack (TR)** |
| Case Name: **MASTERS AND ASSOCIATES ELECTRICAL C** | Bank Name: | **Texas Capital Bank** |
| | Account Number/CD#: | ********7647 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*6975** | Blanket bond (per case limit): | **5,000,000.00** |
| For Period Ending: **9/12/2018** | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 85.13 | 60,774.76 |
| 11/16/2016 | 53003 | Datalok<br>5990 Malburg Way<br>Los Angeles , CA 90058 | Inv 0538-0045068; 11/10/16 | 2410-000 | | 30.00 | 60,744.76 |
| 12/05/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 84.93 | 60,659.83 |
| 12/19/2016 | 53004 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice 9DU2735<br>Acct D538O<br>Dec 2016 | 2410-000 | | 14.70 | 60,645.13 |
| 01/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 84.81 | 60,560.32 |
| 01/31/2017 | 53005 | INTERNATIONAL SURETIES LTD<br>701 POYDRAS STREET SUITE 420<br>NEW ORLEANS , LA 70139 | Bond Premium | 2300-000 | | 34.95 | 60,525.37 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 334.52 |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 15-14842
**Case Name:** MASTERS AND ASSOCIATES ELECTRICAL C

**Taxpayer ID No:** **-***6975
**For Period Ending:** 9/12/2018

**Trustee Name:** Richard A. Marshack (TR)
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******7647 Checking Account
**Blanket bond (per case limit):** 5,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 84.67 | 60,440.70 |
| 02/06/2017 | 53006 | Iron Mountain PO Box 601002 Pasadena, CA 91189-1002 | Invoice NLH7743 2/1/17 to 2/28/17 acct D5380 | 2410-000 | | 28.22 | 60,412.48 |
| 03/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 84.45 | 60,328.03 |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 84.30 | 60,243.73 |
| *04/10/2017 | 53007 | Iron Mountain PO Box 601002 Pasadena, CA 91189-1002 | Invoice NSL9819 2/22/17 to 3/28/17 acct D5380 | 2410-003 | | 49.50 | 60,194.23 |
| 04/10/2017 | 53008 | Iron Mountain PO Box 601002 Pasadena, CA 91189-1002 | Invoice NSL9823 2/22/17 to 3/28/17 acct D5380 | 2410-000 | | 28.23 | 60,166.00 |
| *04/10/2017 | | Iron Mountain PO Box 601002 Pasadena, CA 91189-1002 | Invoice NSL9819 2/22/17 to 3/28/17 acct D5380 | 2410-003 | | (49.50) | 60,215.50 |

| | | | Page Subtotals | | 0.00 | 309.87 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-14842 | | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | MASTERS AND ASSOCIATES ELECTRICAL C | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******7647 Checking Account |
| Taxpayer ID No: | **-***6975 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/12/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 84.17 | 60,131.33 |
| 05/05/2017 | 53009 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice NUU5885<br>5/1/17 to 5/31/17<br>acct D5380 | 2410-000 | | 28.23 | 60,103.10 |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 84.00 | 60,019.10 |
| 06/07/2017 | 53010 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice NXF1507<br>6/1/17 to 6/31/17<br>acct D5380 | 2410-000 | | 28.23 | 59,990.87 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 83.85 | 59,907.02 |
| 07/10/2017 | 53011 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice NZU3451<br>7/1/17 to 7/31/17<br>acct D5380 | 2410-000 | | 28.23 | 59,878.79 |
| | | | Page Subtotals | | 0.00 | 336.71 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 15-14842 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** MASTERS AND ASSOCIATES ELECTRICAL C | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******7647 Checking Account |
| **Taxpayer ID No:** **-***6975 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 9/12/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 83.69 | 59,795.10 |
| 08/07/2017 | 53012 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice PCB6550<br>8/1/17 to 8/31/17<br>acct D5380 | 2410-000 | | 35.72 | 59,759.38 |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 83.53 | 59,675.85 |
| 09/07/2017 | 53013 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice PEM3442<br>Sept 2017<br>acct D5380 | 2410-000 | | 31.68 | 59,644.17 |
| 10/03/2017 | [8] | Wolf Rifkin Shapiro Trust Account | Yellowstone adv paid in full | 1241-000 | 7,500.00 | | 67,144.17 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 83.37 | 67,060.80 |
| 10/06/2017 | 53014 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice PHB7714<br>Oct 2017; acct D5380<br>partial payment pending answer to email from<br>Apple Rivera | 2410-000 | | 28.76 | 67,032.04 |
| | | | Page Subtotals | | 7,500.00 | 346.75 | |

UST Form 101-7-TDR (10/1/2010) (Page 24)

**Exhibit 9**

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 15-14842 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** MASTERS AND ASSOCIATES ELECTRICAL C | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******7647 Checking Account |
| **Taxpayer ID No:** **-***6975 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 9/12/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/02/2017 | 53015 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice PKN2601<br>Nov 2017; acct D5380<br>partial payment pending answer from Kimberly re: administrative fees | 2410-000 | | 28.77 | 67,003.27 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 92.68 | 66,910.59 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 93.51 | 66,817.08 |
| 12/08/2017 | 53016 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice PNA2633<br>Dec 2017; acct D5380<br>partial payment pending answer from Kimberly re: administrative fees | 2410-000 | | 28.77 | 66,788.31 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 93.35 | 66,694.96 |
| 02/01/2018 | 53017 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoices: NJA 4976 12/31/16; NNU9909 2/28/17; PHB7714 9/30/17; PNA 2633 11/30/17 | 2410-000 | | 191.01 | 66,503.95 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 528.09 |

UST Form 101-7-TDR (10/1/2010) (Page 25)                          **Exhibit 9**

FORM 2
**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 15-14842 | | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** MASTERS AND ASSOCIATES ELECTRICAL C | | **Bank Name:** Texas Capital Bank |
| | | **Account Number/CD#:** ******7647 Checking Account |
| **Taxpayer ID No:** **-***6975 | | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 9/12/2018 | | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/01/2018 | 53018 | Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Invoice 99B7333 - destruction and account closure charges<br>per order 1/3/18 | 2410-000 | | 233.50 | 66,270.45 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 93.20 | 66,177.25 |
| 02/08/2018 | 53019 | International Sureties, LTD<br>701 Poydras St, Suite 420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 37.18 | 66,140.07 |
| 03/29/2018 | 53020 | Richard  A. Marshack<br>870 ROOSEVELT<br>IRVINE, CA 92620 | | 2100-000 | | 5,974.13 | 60,165.94 |
| 03/29/2018 | 53021 | Richard  A. Marshack<br>870 ROOSEVELT<br>IRVINE, CA 92620 | | 2200-000 | | 503.42 | 59,662.52 |
| 03/29/2018 | 53022 | United States Bankruptcy Court | | 2700-000 | | 350.00 | 59,312.52 |
| 03/29/2018 | 53023 | SulmeyerKupetz, A Professional Corporation<br>333 South Hope Street<br>Los Angeles, CA 90071-1406 | | 3210-000 | | 44,713.38 | 14,599.14 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 51,904.81 |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-14842 | | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | MASTERS AND ASSOCIATES ELECTRICAL C | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******7647 Checking Account |
| Taxpayer ID No: | **-***6975 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/12/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/29/2018 | 53024 | SulmeyerKupetz, A Professional Corporation 333 South Hope Street Los Angeles, CA 90071-1406 | | 3220-000 | | 5,561.25 | 9,037.89 |
| 03/29/2018 | 53025 | Hahn Fife & Company LLP 790 East Colorado Blvd, 9th Floor Pasadena, CA 91101 | | 3410-000 | | 2,165.91 | 6,871.98 |
| 03/29/2018 | 53026 | Hahn Fife & Company LLP 790 East Colorado Blvd, 9th Floor Pasadena, CA 91101 | | 3420-000 | | 322.00 | 6,549.98 |
| 03/29/2018 | 53027 | Bicher & Associates PO Box 7010 Redlands, CA 92375 | | 3991-400 | | 2,655.68 | 3,894.30 |
| 03/29/2018 | 53028 | Bicher & Associates PO Box 7010 Redlands, CA 92375 | | 3992-000 | | 8.80 | 3,885.50 |
| 03/29/2018 | 53029 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 PO Box 2952 Sacramento, CA 95812 | | 2820-000 | | 1,627.67 | 2,257.83 |
| 03/29/2018 | 53030 | AETNA, INC David G. Scott 980 Jolly Road Blue Bell, PA 19422 | Disb of 10.17% to Claim #00011 | 5400-000 | | 2,257.83 | 0.00 |

| | | | Page Subtotals | | 0.00 | 14,599.14 | |

UST Form 101-7-TDR (10/1/2010) (Page 27)                    **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 15-14842 | |
| Case Name: | MASTERS AND ASSOCIATES ELECTRICAL C | |
| Taxpayer ID No: | **-***6975 | |
| For Period Ending: | 9/12/2018 | |

| | |
|---|---|
| Trustee Name: | **Richard A. Marshack (TR)** |
| Bank Name: | **Texas Capital Bank** |
| Account Number/CD#: | ******7647 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/11/2018 | [10] | Stanislaus County | State court restitution payment | 1229-000 | 2,090.00 | | 2,090.00 |
| 07/26/2018 | [10] | County of Santa Clara | turnover restitution payment from John Anthony Nunez | 1229-000 | 100.00 | | 2,190.00 |
| 07/26/2018 | 53031 | AETNA, INC David G. Scott 980 Jolly Road Blue Bell, PA 19422 | Second and final distribution Claim #00011 | 5400-000 | | 2,190.00 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 2,190.00 | 2,190.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 70,708.99 | 70,708.99 |
| Less:Bank Transfer/CD's | 15,391.99 | 0.00 |
| SUBTOTALS | 55,317.00 | 70,708.99 |
| Less: Payments to Debtors | | 0.00 |
| Net | 55,317.00 | 70,708.99 |

| | |
|---|---|
| All Accounts Gross Receipts: | 86,543.16 |
| All Accounts Gross Disbursements: | 86,543.16 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6393 Checking Account | 31,226.16 | 15,789.17 | |
| ******6484 Hold - A/R per Dave Goodrich | 0.00 | 0.00 | |
| ******7647 Checking Account | 55,317.00 | 70,708.99 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **15-14842** | Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **MASTERS AND ASSOCIATES ELECTRICAL C** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********7647 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*6975** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **9/12/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | ******7654 Hold - A/R per Dave Goodrich | | 0.00 | 45.00 | |
| | | | **Net Totals** | | 86,543.16 | 86,543.16 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 29)

**Exhibit 9**